# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152448(139)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

TIA MARIE-MITCHELL SKINNER,
        Defendant-Appellee.
_____/

SC: 152448
COA: 317892
St. Clair CC: 10-002936-FC

      On order of the Chief Justice, the motion for the temporary admission of Marsha L. Levick to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2017



Clerk